UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC BANK, NATIONAL
ASSOCIATION,

       Plaintiff,

v.

HD AUDIO/VIDEO LLC,
DAVID HATTON, and
RODNEY DRUMMOND,

       Defendants.

Case No. 1:21-cv-505

Hon. Ray Kent

_____

RODNEY DRUMMOND,

       Cross-Claimant,

v.

DAVID HATTON,

       Cross-Defendant.
_____/

## JUDGMENT

In accordance with the previous orders for default judgment entered in this action (ECF Nos. 27 and 28), final judgment is rendered in favor of plaintiff **PNC Bank, National Association**, and against defendant **HD Audio/Video, LLC** in the amount of **$99,616.66**, and defendant **David Hatton** in the amount of **$116,547.92**.

Dated:  June 15, 2022                      /s/ Ray Kent
                                                   United States Magistrate Judge